# United States District Court
## For The Western District of North Carolina
## Statesville Division

SHARON G. STINES,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                  CASE NO. 5:09CV93

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2009, Order.

                        Signed: November 30, 2009

                        Frank G. Johns, Clerk
                        United States District Court