IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:09-CV-93

| | |
|---|---|
| SHARON STINES, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>    Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's *Motion For Attorney's Fees and Costs,* filed on December 22, 2009 pursuant to the Equal Access to Justice Act (EAJA). (Document #11). By *Response* filed on December 12, 2009, Defendant-Commissioner advises that it will not oppose an award of legal fees in the amount of one thousand, seven hundred, eighty-seven dollars and fifty cents ($1,787.50), as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. §2412(d). (Document #12)

    **NOW THEREFORE, IT IS ORDERED:**

    1. Plaintiff's *Motion For An Award of Attorney's Fees and Costs* is **GRANTED**, and Plaintiff's counsel shall be paid the sum of one thousand, seven hundred, eighty-seven dollars and fifty cents ($1,787.50) for attorney's fees; and

    2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

    Signed: May 20, 2010

Richard L. Voorhees
United States District Judge